UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CHRISTOPHER LINDQUIST,


                        Plaintiff(s),

                                                    ***MEDIATION***
                                                    ***CERTIFICATION***

                                                    __25__ - cv - _6247_

                v.


 CAL SOURCE LLC, et al.,


                        Defendant(s).

_____


     I hereby certify that:

☐ The mediation session scheduled for_____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on _____4/16/26_____.

    ☐ **Case has settled.** (Comment if necessary).

    ☐ **Case has settled in part.** (Comment below). Mediation will continue on_____.

    ☐ **Case has settled in part.** (Comment below). Mediation is complete.

    ☐ **Case has not settled.** Mediation will continue on _____.

    ☑ **Case has not settled.**



*Date:* _04/16/2026_____                    *Mediator: /S/* _Steven V. Modica_____


*Additional Comments:*
_____
_____
_____