UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RUSSELL LINDQUIST,

        Plaintiff,

    -v-

CALSOURCE, LLC and APPLIED TECHNICAL
SERVICES, LLC

        Defendants.

Case No. 6:25-CV-6247

**NOTICE OF CHANGE OF ADDRESS**

    **PLEASE TAKE NOTICE** that effective April 20, 2026, the address for the undersigned

counsel for Defendants CalSource, LLC and Applied Technical Services, LLC has changed to:

Littler Mendelson, P.C.
80 Linden Oaks, Suite 210
Rochester, NY  14625

    Telephone and facsimile numbers will remain unchanged.  We respectfully request that

you update your records accordingly

Date:  April 20, 2026
       Rochester, New York

                 */s/ Jacqueline Phipps Polito*
                 Jeffrey C. Fasoldt, Esq.
                 Jacqueline Phipps Polito, Esq.
                 LITTLER MENDELSON, P.C.
                 80 Linden Oaks, Suite 210
                 Rochester, NY  14625
                 jfasoldt@littler.com
                 jpolito@littler.com
                 585.203.3400

                 Attorneys for Defendants
                 CALSOURCE, LLC and APPLIED
                 TECHNICAL SERVICES, LLC