**Littler Mendelson, P.C.**
80 Linden Oaks
Suite 210
Rochester, New York 14625

Jeffrey C. Fasoldt
Associate
585.203.3411 direct
585.203.3400 main
585.203.3414 fax
jfasoldt@littler.com

September 15, 2026

**VIA ECF**

Hon. Mark W. Pedersen
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re: *Lindquist v. ATS, et al.*
*Case No. 6:25-cv-06247-FPG-MJP*

Dear Judge Pedersen:

The parties jointly request a four-month extension of the remaining deadlines in the Court's Scheduling Order. *See* ECF No. 9.

The parties have diligently pursued discovery. They have exchanged written discovery, attended mediation, and are attempting to narrow the issues in dispute concerning the extent of the parties' document production. Plaintiff's medical records remain outstanding because Plaintiff's prior medical provider closed her practice. Plaintiff continues to work to obtain and provide the accurate authorizations needed to secure those records.

The parties also are currently discussing a potential resolution and will promptly notify the Court if they resolve the matter.

As Local Rule 16.1(f) requires, the parties identify the current deadlines and proposed revised deadlines below:

| Current Deadline | Proposed Deadline |
|---|---|
| Fact Discovery: September 25, 2026 | January 25, 2027 |

| Current Deadline | Proposed Deadline |
|---|---|
| Motions to Amend/Add Parties: October 23, 2026 | February 23, 2027 |
| Plaintiff Expert Disclosures: November 20, 2026 | March 22, 2027 |
| Defendant Expert Disclosures: December 18, 2026 | April 19, 2027 |
| Close of Expert Discovery: March 19, 2027 | July 19, 2027 |
| Dispositive Motions: June 4, 2027 | October 4, 2027 |

The parties have not previously requested an extension of the Scheduling Order deadlines.

For these reasons, the parties respectfully request that the Court extend the above deadlines by four months.

Littler Mendelson, P.C.

/s/ *Jeffrey C. Fasoldt*

Jeffrey C. Fasoldt